WILBERT LEVINE AND DORIS LEVINE v. ALLSTATE
INSURANCE CO. AND SUBURBAN CABLEVISION.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HOLLAND MIMS.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN A. KELLOM.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT C. NEWMAN.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIUS MOORE.

May 14, 1985.

Petition for certification denied.